## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>VS<br><br>Ana Berenice PALOS-Montes<br>Defendant | Case No. 08 APR -7 AM 9:16 1052<br>Amended<br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. Sections 952 & 960<br>Importation of a Controlled Substance |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about April 5, 2008, within the Southern District of California, Ana Berenice PALOS-Montes did knowingly and intentionally import approximately 12.45 kilograms of Cocaine, a Schedule II Controlled Substance into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Ryan Preciado, Senior Special Agent
U.S. Immigration and
Customs Enforcement

Sworn to before me and subscribed in my presence, this 7th day of April 2008.

_____
United States Magistrate-Judge

## PROBABLE CAUSE STATEMENT

I, Special Agent Ryan Preciado declare under penalty of perjury, the following is true and correct.

On April 5, 2008, at approximately 1:25 pm, Ana Berenice PALOS-Montes applied for admission into the United States, from Mexico, at the San Ysidro, CA Port of Entry (POE) as the driver of a white 2000 Suzuki Vitara bearing Baja California Mexico license plate number BEE1029. Customs and Border Protection Officer (CBPO) Thomas was working the primary lane at the San Ysidro POE when PALOS applied for entry. PALOS presented a valid B1/B2 Visa and stated she was going to Chula Vista, CA to shop. PALOS gave a negative declaration. CBPO Thomas then escorted PALOS to the secondary lot due to a computer generated referral. CBPO Perez assumed inspection of the Suzuki in the secondary lot. CBPO Perez conducted a 7-point inspection of the vehicle resulting in the discovery of a non-factory compartment located in the rear trunk area of the Suzuki between the gas tank and floor. CBPO Perez probed a random package revealing a white powdery substance that field-tested presumptive positive for cocaine. A total of eleven (11) packages were removed from the non-factory compartment weighing approximately 12.45 kgs.

On April 5, 2008, at approximately 5:29 pm, PALOS read her rights in the Spanish language from a pre-printed Miranda Rights form in the presence of U.S. Immigration and Customs Enforcement (ICE) Special Agent (SA) Ryan Preciado and Bureau of Narcotics Enforcement (BNE) SA Andrew Spillman. PALOS

waived her right to remain silent and indicated that she would answer questions without an attorney present. During the interview, PALOS admitted to being paid $500 USD to bring currency back to Tijuana, MX from the Moreno Valley, CA area. PALOS stated this was her fifth (5th) trip to the Moreno Valley, CA area to pickup currency. PALOS believed the man paying her the $500 USD to be involved in illegal activities. PALOS admitted that the vehicle did belong to her.

Ana Berenice PALOS-Montes was arrested and charged with violating Title 21, United States Code, Sections 952 & 960. PALOS was then transported to the Metropolitan Correctional Center, San Diego, CA, for Federal Custody and Judicial Proceedings.

Executed on April 6, 2008 at 1530 hours.

Ryan Preciado
Special Agent
U.S. Immigration and Customs Enforcement (ICE)

I find probable cause to believe that the defendant, Ana Berenice PALOS-Montes, committed the offense of the Importation of a controlled substance (21 USC 952, 960) on April 5, 2008.

Ruben B. Brooks
United States Magistarte Judge