1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org
5
6 Attorneys for Mr. Ana Berenice Palos-Montes
7
8 UNITED STATES DISTRICT COURT
9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,        )   Case No. 08mj1052
                                   )
12          Plaintiff,              )
                                   )
13 v.                              )
                                   )   **NOTICE OF APPEARANCE**
14 **ANA BERENICE PALOS-MONTES,**   )
                                   )
15          Defendant.              )
                                   )
16
17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record
19 in the above-captioned case.
20                                              Respectfully submitted,
   Dated: April 9, 2008                          s/ *Michelle Betancourt*
21                                              **MICHELLE BETANCOURT**
                                                Federal Defenders of San Diego, Inc.
22                                              Attorneys for Defendant
                                                michelle_betancourt@fd.org
23
24
25
26
27
28